IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT SANDERS,                 :

    Plaintiff,                   :
vs.                                          CA 05-0383-C
                                     :
JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff disability insurance benefits be affirmed.

**DONE** this the 26th day of January, 2006.

                      s/WILLIAM E. CASSADY
                      **UNITED STATES MAGISTRATE JUDGE**